# EXHIBIT A


# Public Catalog

Copyright Catalog (1978 to present) at DC4
Search Request: Left Anchored Copyright Number = VA0002252911
Search Results: Displaying 1 of 1 entries



***EXCLUSIVE* Winnie Harlow stuns in hot pink as she steps out on the town -...**

| | |
|---|---|
| **Type of Work:** | Visual Material |
| **Registration Number / Date:** | VA0002252911 / 2021-04-29 |
| **Application Title:** | *EXCLUSIVE* Winnie Harlow stuns in hot pink as she steps out on the town - set number BGUS_2065925 - 27 images |
| **Title:** | *EXCLUSIVE* Winnie Harlow stuns in hot pink as she steps out on the town - set number BGUS_2065925 - 27 images. [Group registration of published photographs. 27 photographs. 2021-01-31 to 2021-01-31] |
| **Description:** | 27 photographs : Electronic file (eService) |
| **Copyright Claimant:** | BackGrid USA, Inc., Transfer: By written agreement. Address: 700 N. Pacific Coast Highway, Suite 200, Redondo Beach, CA, 90277, United States. |
| **Date of Creation:** | 2021 |
| **Publication Date Range:** | 2021-01-31 to 2021-01-31 |
| **Nation of First Publication:** | United States |
| **Authorship on Application:** | Stanley Potts; Domicile: United States. Authorship: photographs. |
| **Copyright Note:** | Regarding title information: Deposit contains complete list of titles that correspond to the individual photographs included in this group. |
| | Regarding group registration: A group of published photographs may be registered on one application with one filing fee only under limited circumstances. ALL of the following are required: 1. All photographs (a) were created by the same author AND (b) are owned by the same copyright claimant AND (c) were published in the same calendar year AND 2. The group contains 750 photographs or less AND 3. A sequentially numbered list of photographs containing the title, file name and month of publication for each photograph included in the group must be uploaded along with other required application materials. The list must be submitted in an approved document format such as .XLS or .PDF. The file name for the numbered list must contain the title of the group and the Case Number assigned to the application. |
| **Photographs:** | Published in January 2021 (27 photographs): 30178246, 30178245, 30178244, 30178243, 30178242, 30178241, 30178240, 30178239, 30178238, 30178237, 30178236, 30178235, 30178234, 30178233, 30178232, 30178231, 30178230, 30178229, 30178228, 30178227, 30178226, 30178225, 30178224, 30178223, 30178222, 30178221, 30178220 |
| **Names:** | Potts, Stanley |
| | BackGrid USA, Inc. |

# Public Catalog

Copyright Catalog (1978 to present) at DC4
Search Request: Command Search no Relevance = VA0002399302
Search Results: Displaying 1 of 1 entries

### *EXCLUSIVE* Karol G Keeps it Casual Cool at Kali Uchis�Album Release Party...

| | |
|---|---|
| **Type of Work:** | Visual Material |
| **Registration Number / Date:** | *VA0002399302* / 2024-03-31 |
| **Application Title:** | *EXCLUSIVE* Karol G Keeps it Casual Cool at Kali Uchis�Album Release Party in Hollywood! - set number BGUS_2814091 - 8 images |
| **Title:** | *EXCLUSIVE* Karol G Keeps it Casual Cool at Kali Uchis�Album Release Party in Hollywood! - set number BGUS_2814091 - 8 images . [Group registration of published photographs. 8 photographs. 2024-01-12 to 2024-01-12] |
| **Description:** | 8 photographs : Electronic file (eService) |
| **Copyright Claimant:** | BackGrid USA, Inc., Transfer: By written agreement. Address: 407 N. Pacific Coast Highway, #431, Redondo Beach, CA, 90277, United States. |
| **Date of Creation:** | 2024 |
| **Publication Date Range:** | 2024-01-12 to 2024-01-12 |
| **Nation of First Publication:** | United States |
| **Authorship on Application:** | Francisco Vasquez; Domicile: United States. Authorship: photographs. |
| **Copyright Note:** | Regarding title information: Deposit contains complete list of titles that correspond to the individual photographs included in this group. |
| | Regarding group registration: A group of published photographs may be registered on one application with one filing fee only under limited circumstances. ALL of the following are required: 1. All photographs (a) were created by the same author AND (b) are owned by the same copyright claimant AND (c) were published in the same calendar year AND 2. The group contains 750 photographs or less AND 3. A sequentially numbered list of photographs containing the title, file name and month of publication for each photograph included in the group must be uploaded along with other required application materials. The list must be submitted in an approved document format such as .XLS or .PDF. The file name for the numbered list must contain the title of the group and the Case Number assigned to the application. |
| **Photographs:** | Published in January 2024 (8 photographs): 42284155, 42284154, 42284153, 42284152, 42284151, 42284150, 42284149, 42284148 |
| **Names:** | Vasquez, Francisco |
| | BackGrid USA, Inc. |



# Public Catalog

Copyright Catalog (1978 to present) at DC4
Search Request: Left Anchored Copyright Number = VA0002399300
Search Results: Displaying 1 of 1 entries



**\*EXCLUSIVE\* Karol G seen arriving at Singer 'Kali Uchis' listening party in...**

| | |
|---|---|
| **Type of Work:** | Visual Material |
| **Registration Number / Date:** | VA0002399300 / 2024-03-31 |
| **Application Title:** | *EXCLUSIVE* Karol G seen arriving at Singer 'Kali Uchis' listening party in Hollywood - set number BGUS_2814001 - 25 images |
| **Title:** | *EXCLUSIVE* Karol G seen arriving at Singer 'Kali Uchis' listening party in Hollywood - set number BGUS_2814001 - 25 images . [Group registration of published photographs. 25 photographs. 2024-01-11 to 2024-01-11] |
| **Description:** | 25 photographs : Electronic file (eService) |
| **Copyright Claimant:** | BackGrid USA, Inc., Transfer: By written agreement. Address: 407 N. Pacific Coast Highway, #431, Redondo Beach, CA, 90277, United States. |
| **Date of Creation:** | 2024 |
| **Publication Date Range:** | 2024-01-11 to 2024-01-11 |
| **Nation of First Publication:** | United States |
| **Authorship on Application:** | Shannon Watts; Domicile: United States. Authorship: photographs. |
| **Copyright Note:** | Regarding title information: Deposit contains complete list of titles that correspond to the individual photographs included in this group. |
| | Regarding group registration: A group of published photographs may be registered on one application with one filing fee only under limited circumstances. ALL of the following are required: 1. All photographs (a) were created by the same author AND (b) are owned by the same copyright claimant AND (c) were published in the same calendar year AND 2. The group contains 750 photographs or less AND 3. A sequentially numbered list of photographs containing the title, file name and month of publication for each photograph included in the group must be uploaded along with other required application materials. The list must be submitted in an approved document format such as .XLS or .PDF. The file name for the numbered list must contain the title of the group and the Case Number assigned to the application. |
| **Photographs:** | Published in January 2024 (25 photographs): 42283136, 42283135, 42283134, 42283133, 42283132, 42283131, 42283130, 42283129, 42283128, 42283127, 42283126, 42283125, 42283124, 42283123, 42283122, 42283121, 42283120, 42283119, 42283118, 42283117, 42283116, 42283115, 42283114, 42283113, 42283112 |
| **Names:** | Watts, Shannon |
| | BackGrid USA, Inc. |