# EXHIBIT B

Page 1
una colita para la Bella Karol...🧿🌸🦄💦 @karolg at @kaliuchis album release party last night 🤍 | Instagram
https://www.instagram.com/p/C2BcMAwxBG?img_index=4



Captured 12 February 2024, 15:48:15



Page 1
Ops I cut my Barbie's hair and I liked it! @winnieharlow in a #cesardo mullet & @christiancowan _____ #hair hairhero #mullet #pink... | Instagram
https://www.instagram.com/p/CKuSU0thkVT?img_index=2



Page 1
Ops I cut my Barbie's hair and I liked it! @winnieharlow in a #cesardo mullet & @christiancowan ⎯⎯⎯ #hair #hairhero #mullet #pink... | Instagram
https://www.instagram.com/p/CKuSU0thkVT?img_index=3



Captured by FireShot Pro for Okularity
10 May 2024, 14:33:17

Page 1
una colita para la Bella Karol...🫶🌸🧚‍♀️🧜‍♀️ @karolg at @kaliuchis album release party last night 🤍 | Instagram
https://www.instagram.com/p/C2BcMAwxBG



Page 1
una colita para la Bella Karol...🫶🌸🧜‍♀️🧜‍♂️ @karolg at @kaliuchis album release party last night 🤍 | Instagram
https://www.instagram.com/p/C2BcMAwxXBG?img_index=4





Page 1
una colita para la Bella Karol...🫠🌸🧜‍♀️🧜‍♂️ @karolg at @kaliuchis album release party last night 🤍 | Instagram
https://www.instagram.com/p/C2BcMAwxBG?img_index=6





@karolg